**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7691**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID A. RAIMER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert C. Chambers, District Judge. (CR-98-152-3; CA-04-706-3)

_____

Submitted: February 24, 2005      Decided: March 7, 2005

_____

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David A. Raimer, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Raimer appeals the district court's orders denying his motion filed under 18 U.S.C.A. § 3582(b), (c) (West 2000 & Supp. 2004), and his motion to reconsider that denial. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. See United States v. Raimer, Nos. CR-98-152-3; CA-04-706-3 (S.D.W. Va. filed July 29, 2004 & entered July 30, 2004; Aug. 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED